COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | No. 08-17-00123-CR |
|---|---|---|
| ANNA RUILOBA, | § | Appeal from the |
| Appellant, | | |
| | § | 171st District Court |
| v. | | |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# 20140D02097) |
| State. | | |
| | § | |

# O R D E R

On June 7, 2017, Rafael C. Morales, Appellant's retained attorney, filed with this Court a motion for leave to withdraw as attorney of record and formal request for appointment of counsel. However, before this Court considers this motion, it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether the appellant is entitled to court-appointed counsel or if he wishes to proceed pro se. The trial court shall enter all necessary orders and/or findings which may include appointing counsel to represent Appellant on appeal. In the event Appellant elects to proceed pro se, the trial court shall make Appellant aware of the dangers and disadvantages of self-representation and develop evidence as to whether appellant's apparent decision to relinquish benefits associated with counsel and to proceed pro se is knowingly and intelligently made under *Hubbard v. State*, 739 S.W.2d 341 (Tex.Crim.App. 1987)

The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before June 28, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and any order appointing counsel, and forward the same to this Court on or before July 8, 2017. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before July 8, 2017.

IT IS SO ORDERED this 8th day of June, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.